| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Barry B. Dattalo** | Social Security number or ITIN    **xxx–xx–0666** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Anna C. Dattalo** | Social Security number or ITIN    **xxx–xx–5451** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Texas** | | |
| Case number:    **14–10088** | | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Barry B. Dattalo  
dba A&B Outdoor Equipment

Anna C. Dattalo  
aka Anna Carrol Wright Dattalo, aka Anna Wright Dattalo, aka Anna Carol Dattalo, dba A&B Outdoor Equipment

7/5/17

**By the court:**    Bill Parker  
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                            Eastern District of Texas
In re:                                                              Case No. 14-10088-bp
Barry B. Dattalo                                                    Chapter 13
Anna C. Dattalo
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0540-1          User: judicej                 Page 1 of 2                  Date Rcvd: Jul 05, 2017
                              Form ID: 3180W                Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
db/db          +Barry B. Dattalo,    Anna C. Dattalo,    P.O. Box 2230,    Nederland, TX 77627-8230
intp           +Attorney General of the US,    U.S. Dept. of Justice,    10th and Constitution,    N.W. Room 5111,
                 Washington, DC 20530-0001
cr             +Blue Mountain Equipment,    1800 S. Airport Dr.,    McKinney, TX 75069-1311
cr             +Capital One N.A.,    Codilis & Stawiarski, PC,    Attn: Stephen P. Melinder, Jr.,
                 650 N. Sam Houston Parkway East,    Ste. 450,    Houston, TX 77060-5908
cr              CommunityBank of Texas, N.A.,    c/o Lindsay Lindsay & Parsons,    Attn: Michael J. Lindsay,
                 710 North 11th St.,    Beaumont, TX 77702-1502
cr              Texas Comptroller of Public Accounts,    William A. Frazell,    c/o Sherri K. Simpson, Paralegal,
                 P.O. Box 12548,    Austin, TX 78711-2548
6757378        +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
6705171        +ARI Network Services,    10850 W. Park Place, Ste. 1200,    Milwaukee, WI 53224-3635
6745099        +Ariens Corp.,   655 W. Ryan,    Brillion, WI 54110-1072
6705174        +Barron & Barron, LLP,    P.O. Box 1347,    Nederland, Texas 77627-1347
6705175        +Blue Mountain Equipment,    c/o John A. Loesel,    Lichtenegger, Weiss & Fetterhoff, LLC,
                 2480 E. Main St.,    Jackson, Missouri 63755-2487
6753806        +CAPITAL ONE AUTO FINANCE,    PO BOX 9013,    ADDISON,TEXAS 75001-9013
6777272         Capital One,    ATTN: BANKRUPTCY DEPARTMENT,    7933 PRESTON RD,    BLDG. 2, FLOOR 3,
                 Plano, TX 75024-2359
6705176        +Capital One,   PO Box 85111,    Richmond, VA 23285-5111
6724058         CommunityBank of Texas, N.A.,    710 North 11th St.,    Beaumont, TX 77702-1502
6716277         Comptroller of Public Accounts,    c/o Office of the Attorney General,
                 Bankruptcy - Collections Division,    PO Box 12548,    Austin TX 78711-2548
6705187        +Exxon Mobil,   PO Box 6404,    Sioux Falls, SD 57117-6404
6705188        +Ferris-Brigg Power Products Group,    5375 N. Main St.,    Munnsville, NY 13409-4003
6705189        +Five Point Credit Union,    P.O. Box 1366,    Nederland, TX 77627-1366
6705190        +GE Capital (ARN),    5595 Trillium Blvd.,    Hoffman Estates, IL 60192-3405
6705191        +GE Capital (Ferris),    5595 Trillium Blvd.,    Hoffman Estates, IL 60192-3405
6785183        +GE Commercial Distribution Finance Corp.,    Laura F. Ketcham, Esq.,    Husch Blackwell, LLP,
                 736 Georgia Ave., Suite 300,    Chattanooga, TN 37402-2059
6705194        +Jefferson County,    POB 2112,    Beaumont, TX 77704-2112
6745100        +Kawasaki Engine,    1500 Worldwide Blvd.,    Hebron, KY 41048-8639
6705195         Magneto Power,    11011 Regency Crest #100,    Dallas, TX 75238-1719
6705196        +Red Iron Acceptance,    8111 Lyndale Avenue South,    Minneapolis, MN 55420-1136
6745101        +Rotary Corp.,    POB 747,    Glennville, GA 30427-0747
6705198        +Smith South Central,    POB 578,    Springhill, LA 71075-0578
6705199        +Stens,   1919 Hospitality Dr.,    Jasper, IN 47546-6700
6705200        +Subaru Motor Finance,    POB 78076,    Phoenix, AZ 85062-8076
6705201        +United States Attorney's Office,    350 Magnolia Ave., Ste 150,    Beaumont, TX 77701-2254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: AISACG.COM Jul 06 2017 01:18:00     Capital One N. A.,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016-5028
cr              E-mail/Text: jking@offermanking.com Jul 06 2017 01:16:01       FivePoint Federal Credit Union,
                 c/o James W. King,    6420 Wellington Place,    Beaumont, TX 77706-3206
cr              EDI: IRS.COM Jul 06 2017 01:18:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
cr              E-mail/Text: krystal.jones@lgbs.com Jul 06 2017 01:16:27       Jefferson County,
                 c/o Clayton Mayfield,    1148 Park Street,    Beaumont, TX 77701-3614
6705171        +E-mail/Text: collections@arinet.com Jul 06 2017 01:16:40       ARI Network Services,
                 10850 W. Park Place, Ste. 1200,    Milwaukee, WI 53224-3635
6705172        +EDI: CITICORP.COM Jul 06 2017 01:18:00      AT & T Universal Card,    POB 6500,
                 Sioux Falls, SD 57117-6500
6705170        +EDI: AMEREXPR.COM Jul 06 2017 01:18:00      American Express,    P.O. Box 981535,
                 El Paso, TX 79998-1535
6756655         EDI: BECKLEE.COM Jul 06 2017 01:18:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
6767924         EDI: BECKLEE.COM Jul 06 2017 01:18:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
6705173         EDI: BANKAMER.COM Jul 06 2017 01:18:00      Bank of America,    POB 982235,    El Paso, TX 79998
6705182         E-mail/Text: bankruptcy@communitybankoftx.com Jul 06 2017 01:16:23       Community Bank,
                 5999 Delaware St,    Beaumont, TX 77706
6705177        +EDI: CAPITALONE.COM Jul 06 2017 01:18:00      Capital One,    POB 30273,
                 Salt Lake City, UT 84130-0273
6705178        +EDI: CAPITALONE.COM Jul 06 2017 01:18:00      Capital One Bank,    POB 105474,
                 Atlanta, GA 30348-5474
6705179        +EDI: CHASE.COM Jul 06 2017 01:18:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
6705180        +EDI: CITICORP.COM Jul 06 2017 01:18:00      Citi,    POB 6500,    Sioux Falls, SD 57117-6500
6705181        +EDI: CITICORP.COM Jul 06 2017 01:18:00      Citi Business Card,    POB 6412,
                 The Lakes, NV 88901-6412
6705183        +E-mail/Text: bankruptcy@communitybankoftx.com Jul 06 2017 01:16:23       Community Bank,
                 POB 26017,    Beaumont, TX 77720-6017
6705186         EDI: DISCOVER.COM Jul 06 2017 01:18:00      Discover,    POB 15316,    Wilmington, DE 19850
```

```
District/off: 0540-1          User: judicej              Page 2 of 2              Date Rcvd: Jul 05, 2017
                              Form ID: 3180W             Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
6705185       +EDI: DISCOVER.COM Jul 06 2017 01:18:00      Discover,    POB 30421,
               Salt Lake City, UT 84130-0421
6709874        EDI: DISCOVER.COM Jul 06 2017 01:18:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
6725880        EDI: CAUT.COM Jul 06 2017 01:18:00      JPMorgan Chase Bank, N.A.,
               National Bankruptcy Department,    P O Box 29505 AZ1-1191,    Phoenix AZ 85038-9505
6706290       +E-mail/Text: krystal.jones@lgbs.com Jul 06 2017 01:16:27      Jefferson County Tax Office,
               c/o Clayton E. Mayfield,    Linebarger Goggan Blair & Sampson, LLP,    1148 Park St,
               Beaumont, TX 77701-3614
6753911        EDI: Q3G.COM Jul 06 2017 01:19:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
6705197        EDI: RMSC.COM Jul 06 2017 01:18:00      Sam's Club,   POB 965004,    Orlando, FL 32896-5004
6780980        EDI: RMSC.COM Jul 06 2017 01:18:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
               25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
6705184        E-mail/Text: pacer@cpa.state.tx.us Jul 06 2017 01:16:28      Comptroller of Public Accounts,
               111 E. 17th St.,    Austin, TX 78774
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6756656*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
6705193*      IRS,   P.O. Box 7346,    Philadelphia, PA 19101-7346
6705192*      Internal Revenue Service,    Centralized Insolvency Operations,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
6705169     ##+Accell North America Inc.,    a/k/a Seattle Bike Supply,    P.O. Box 3983,
               Seattle, WA 98124-3983
                                                                                 TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```